IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SHARON PETERS                                                                                    PLAINTIFF

V.                                                                  CIVIL ACTION NO. 1:16-CV-167-SA-DAS

FRED'S STORES OF TENNESSEE, INC.                                                     DEFENDANT

ORDER

For all of the reasons fully explained in a separate memorandum opinion issued this same day, the Defendant's Motions to Strike [36, 37] are DENIED, and the Defendant's Motion for Summary Judgment [29] is GRANTED. All of the Plaintiff's claims are DISMISSED with prejudice. This CASE is CLOSED.

So ORDERED on this the 20th day of March, 2018.

                                                /s/ Sharion Aycock
                                                UNITED STATES DISTRICT COURT JUDGE